RECEIVED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA 29 PM 4: 51
### ORLANDO DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LARRY RUMBOUGH,

     Plaintiff,

                            Case No. 6:12-cv-*814-ORL-22-DAB*

-v-

MANN BRACKEN, LLC,

     Defendant.

## VERIFIED COMPLAINT

     Plaintiff, Larry Rumbough, hereby sues Defendant, MANN BRACKEN, LLC; and alleges:

### PRELIMINARY STATEMENT

     1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION AND VENUE

     2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

     3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

     4. This is an action for damages which does not exceed $75,000.00.

     5. Plaintiff, LARRY RUMBOUGH, is a natural person and is a resident of the State of Florida.

     6. Defendant, MANN BRACKEN, LLC ("Mann"), is a Georgia limited liability company, not authorized to do business in Florida.

     7. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

8. On March 16, 2005, Mann obtained Plaintiff's credit report from Experian, thereby reducing his credit score. Mann used or obtained Plaintiff's consumer report for an impermissible purpose and did not certify the purpose through a general or specific certification.

9. On July 29, 2005, Mann obtained Plaintiff's credit report from Equifax, thereby reducing his credit score. Mann used or obtained Plaintiff's consumer report for an impermissible purpose and did not certify the purpose through a general or specific certification.

10. On May 25, 2007, Mann obtained Plaintiff's credit report from ChexSystems, thereby reducing his credit score. Mann used or obtained Plaintiff's consumer report for an impermissible purpose and did not certify the purpose through a general or specific certification.

11. In June 2007, Mann obtained Plaintiff's credit report from Trans Union. Mann used or obtained Plaintiff's consumer report for an impermissible purpose and did not certify the purpose through a general or specific certification.

12. On January 9, 2008, Mann obtained Plaintiff's credit report from Trans Union, thereby reducing his credit score. Mann used or obtained Plaintiff's consumer report for an impermissible purpose and did not certify the purpose through a general or specific certification.

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## BY DEFENDANT MANN

13. Paragraphs 1 through 12 are realleged as though fully set forth herein.

14. §1681b(f) provides:
"A person shall not use or obtain a consumer report for any purpose unless—
(1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section; and
(2) the purpose is certified in accordance with section 1681e of this title by a prospective user of the report through a general or specific certification.

15. Mann violated the FCRA. Defendant's violations include, but are not limited to, the following:
    (a) Mann willfully violated §1681b(f) by willfully using false pretenses or knowingly without a permissible purpose to obtain Plaintiff's consumer report, by falsely representing or certifying that the report was being obtained for a permissible purpose as defined by §1681b.

WHEREFORE, Plaintiff demands judgment for damages against Mann for actual or statutory damages, and punitive damages, attorney's fees and court costs, and grant such other and further relief as the court deems just and proper, pursuant to 15 U.S.C. §1681(n) and 15 U.S.C. §1681(o).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

## VERIFICATION

All the above statements are true to the best of my knowledge. I understand that a false statement in this Verified Complaint may subject me to penalties of perjury.

Dated: May 29, 2012

Respectfully submitted,

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 29th day of May, 2012 by U.S. Mail delivery to:

Cheryl Rose
Offit Kurman
12154 Darnestown Road
Box 623
Gaithersburg, MD 20878

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859