# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

       **Plaintiff,**

**v.**                                               **Case No: 6:12-cv-814-Orl-22DAB**

**MANN BRACKEN, LLC,**

       **Defendant.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby ORDERED that within eleven days of the date of this Order, the Defendant shall file a written response why sanctions should not be imposed for failure to respond to the Related Case Order and Interested Persons Order (Doc. No. 4), responses to which were due by August 6, 2012. Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties