**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

      Plaintiff,

v.                                            Case No: 6:12-cv-814-Orl-22DAB

MANN BRACKEN, LLC,

      Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> In re Mann Bracken, LLP, Case No. 327646-V (Montgomery Co. Cir. Ct. Md. 2010)
> Rumbough v. Equifax Information Services, LLC, et al, Case No. 6:10-cv-117-ACC-DAB (M.D. Fla. 2010)

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:    November 1, 2012

/s/ Maurice B. VerStandig, Esq.
Counsel of Record or *Pro Se* Party

Florida Bar Number 76723
Offit Kurman, P.A.
4800 Montgomery Lane, Suite 900
Bethesda, Maryland 20814
Phone: (240)507-1714
Facsimile: (240)507-1735
mverstandig@offitkurman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2012, a copy of the foregoing was served on all counsel of record via this Court's CM/ECF system, including:

> J. Marshall Gilmore, Esq.
> Law Office of J. Marshall Gilmore
> 1150 Louisiana Avenue
> Suite 4
> Winter Park, Florida 32789

> /s/ Maurice B. VerStandig
> Maurice B. VerStandig, Esq.