CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Larry Rumbough (Plaintiff)
The Receivership Estate of Mann Bracken, LLP (Defendant)
J. Marshall Gilmore, Esq. (Counsel for the Plaintiff)
Maurice B. VerStandig, Esq. (Counsel for the Defendant)
Offit Kurman, P.A. (counsel for the Defendant)
Cheryl E. Rose, Esq. (Receiver)

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Not Applicable

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not Applicable. (The Defendant is not a debtor in bankruptcy but, rather, is in receivership. As such, no creditors' committee exists, and no listing of creditors by relative size is available. The Defendant has hundreds of alleged creditors.)

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Larry Rumbough (without the same constituting an admission of any conduct)

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

November 1, 2012

/s/ Maurice B. VerStandig, Esq.

Florida Bar Number 76723
Offit Kurman, P.A., 4800 Montgomery Lane
Suite 900, Bethesda, Maryland 20814

Telephone: (240)507-1714
Facsimile: (240)507-1735
mverstandig@offitkurman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November, 2012, a copy of the foregoing was served on all counsel of record via this Court's CM/ECF system, including:

> J. Marshall Gilmore, Esq.
> Law Office of J. Marshall Gilmore
> 1150 Louisiana Avenue
> Suite 4
> Winter Park, Florida 32789

> /s/ Maurice B. VerStandig
> Maurice B. VerStandig, Esq.