UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

   **Plaintiff,**

**v.**               Case No: 6:12-cv-814-Orl-22DAB

**MANN BRACKEN, LLC,**

   **Defendant.**

_____/

**ORDER**

  This cause comes before the Court *sua sponte*. In light of the Defendant's response to the Court's Order Directing Compliance (Doc. No. 11), it is **ORDERED** that by November 14, 2012, Plaintiff **SHALL SHOW CAUSE** why the *Barton Doctrine* does not apply to the present case and why continuing this case does not violate the *Barton Doctrine*. Failure to respond by this date will result in the dismissal of this case without prejudice and without further notice.

  **DONE** and **ORDERED** in Orlando, Florida on November 7, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties