## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LARRY RUMBOUGH,

      Plaintiff,

                                Case No. 6:12-cv-814-Orl-22 DAB

-v-

-v-

MANN BRACKEN, LLC,

      Defendant.

## <u>MOTION FOR DEFAULT JUDGMENT</u>

Plaintiff, Larry Rumbough, hereby files his Motion for Default Judgment pursuant to Fed.R.Civ.P. 55(b)(2), and states:

1. On May 29, 2012 Plaintiff filed in this action a Verified Complaint against Mann Bracken.

2. As per the Court's instructions, on the same date Plaintiff served by mail Mann Bracken's attorney, Cheryl Rose.

3. Mann Bracken has participated in this case through several filings by its attorney, Maurice VerStandig. It has never filed an Answer, Motion to Dismiss, or any other pleading responsive to the Verified Complaint. By such failure to do so, Mann Bracken has defaulted on this lawsuit.

4. Mr. VerStandig has averred to the Court and to Plaintiff's attorney that Mann Bracken does not oppose a default being entered against it.( Doc 11)

MEMORANDUM OF LAW SUPPORTING MOTION FOR DEFAULT

The Federal Rules of Civil Procedure provide for a default to be taken where a party fails to answer or plead  any defense.

*"Rule 55. Default: Default Judgment. Provides:*

*(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.*

*(b) ...*

*(2) By the Court. In all other cases the party must apply to the court for a default judgment."*

"It is within the Court's discretion to grant default judgment when a defendant is unresponsive." *See Park Corp. v. Lexington Ins. Co.*, 812 F.2d 894, 896 (4th Cir. 1987)

Also where the  "Defendants failed to plead or otherwise assert a defense…. all of Plaintiff's factual allegations in their Complaint not pertaining to damages are deemed admitted. Fed. R. Civ. P. 8(b)(6); *Ryan v. Homecomings Fin. Network*, 253 F.3d 778, 780 (4th Cir. 2001).

WHEREFORE, Plaintiff requests that a Default Judgment pursuant to Fed.R.Civ.P. 55(b)(2), be entered against Mann Bracken and that the court set a hearing for assessment of damages.

## CERTIFICATE OF CONFERENCE: LOCAL RULE 301(g)

I hereby certify that I conferred with opposing counsel of record on the substance and intent to file a Default and/or Motion for Judgment on the Pleadings in foregoing Motion and that opposing counsel did not agree or consent but did not object to the relief requested in the Motion.

**___s/ J. Marshall Gilmore_____**
J. Marshall Gilmore, Esq,
Attorney for Movant/Plaintiff

Dated: November 30, 2012

Respectfully submitted,

**__/s/J. Marshall Gilmore_____**
J. Marshall Gilmore
Florida Bar No. 840181
1936 Lee Road, Suite 100
Winter Park, FL 32789
(407) 629-7322
mgilmore@mgilmorelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 30th day of November 2012 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

**_/s/J. Marshall Gilmore_____**
J. Marshall Gilmore, Esq.