**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,

                                          Case No. 6:12-cv-814-Orl-22 DAB

-v-

-v-

MANN BRACKEN, LLC,

    Defendant.

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

J. Marshall Gilmore and Plaintiff, Larry Rumbough, hereby file this Motion to Withdraw as attorney for Plaintiff and states:

1. Plaintiff's counsel is unable to continue as Plaintiff's attorney of record due to overwhelming caseload.

2. This case and the stated position of the Defendant was that the Defendant did not intend to oppose or contest the issues in this case and that the Defendant did not oppose the Plaintiff taking a default on the issues. The prosecution of this case has now considerably changed in that the Defendant is now appearing and participating in a full defense of the case that will take considerably more time and resources to litigate. This new position being taken by the parites presents a new demand on the Plaintiff's counsel.

2. Plaintiff has agreed to this withdrawal of counsel.

3. There are no trial settings or outstanding motions that such withdrawal would prejudice the Plaintiff or the prosecution of this case.

WHEREFORE, Plaintiff requests that J. Marshall Gilmore be allowed to withdraw as counsel for Plaintiff.

**CERTIFICATE OF CONFERENCE: LOCAL RULE 301(g)**

I hereby certify that I conferred with opposing counsel of record on the substance and intent to file Motion to Withdraw and that opposing counsel agrees and consents

\_\_\_s/ J. Marshall Gilmore_____
J. Marshall Gilmore, Esq,
Attorney for Movant/Plaintiff

Dated: October 30, 2013

Respectfully submitted,

\_\_/s/J. Marshall Gilmore_____
J. Marshall Gilmore
Florida Bar No. 840181
1936 Lee Road, Suite 100
Winter Park, FL 32789
(407) 937-8675/ (321) 591-9922
(407) 599-3801 fax
mgilmore@mgilmorelaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 20th day of October 2013 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

\_/s/J. Marshall Gilmore_____
J. Marshall Gilmore, Esq.